THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:14-cv-00171-MR

| | |
|---|---|
| SONJA LENAE TAYLOR, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>)<br>CAROLYN W. COLVIN, Acting )<br>Commissioner of Social Security, )<br>)<br>Defendant. )<br>_____ ) | **O R D E R** |

**THIS MATTER** is before the Court on the Plaintiff's Motion for Miscellaneous Relief [Doc. 9].

The Plaintiff seeks an extension of the briefing deadlines in this case. The Defendant does not oppose the Plaintiff's request. For the reasons stated in the Plaintiff's Motion, and for cause shown, the Court will grant the requested extension.

**IT IS, THEREFORE, ORDERED** that the Plaintiff's Motion [Doc. 9] is **GRANTED**, and the Plaintiff shall have through and including **December 22, 2014**, within which to file her motion for summary judgment and supporting memorandum.

**IT IS FURTHER ORDERED** that the Commissioner's motion for summary judgment shall be filed on or before **February 19, 2015**.

**IT IS SO ORDERED.**

Martin Reidinger
United States District Judge